**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**OH.io VENTURES HOLDING, INC.,**
       **Plaintiff,**

   **v.**                              **Case Number 2:26-cv-566**
                                        **Judge Edmund A. Sargus, Jr.**

**J. SETH METCALF, et al.,**
          **Defendants.**

---

**TAKE NOTICE**  that a proceeding in this case has been set for the place, date and time set forth below:

Place:        Telephone Conference

TYPE OF PROCEEDING: **Rule 65.1 Telephone Conference**

**TAKE NOTICE** that a <u>Rule 65.1 Telephone Conference</u> will be held before the Honorable Edmund A. Sargus, Jr. on **May 13, 2026 at 9:30 a.m.**

**Telephone Conference Instructions:**
- The parties are directed to call **1-646-828-7666**
- Enter the meeting ID **161 760 7265** and press #
- It will prompt you to enter your participant ID or press #. Press #
- Enter the conference passcode **182928** and press #


                                    **EDMUND A. SARGUS, JR.**
                                    **UNITED STATES DISTRICT JUDGE**

DATE:  May 12, 2026

                                    _/s /   Christin M. Werner_____
                                    (By) Christin M. Werner, Deputy Clerk