**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**OH.IO VENTURES HOLDING, INC.,**

      **Plaintiff,**

                                      **Civil Action 2:26-cv-566**

      **v.**                           **Chief Judge Edmund A. Sargus, Jr.**

                                        **Magistrate Judge Jolson**

**J. SETH METCALF, et al.,**

      **Defendants.**

## <u>ORDER</u>

The undersigned hereby **RECUSES** herself from the above-captioned case.  The Clerk is directed to redraw the case for assignment to another Magistrate Judge.

IT IS SO ORDERED.


Date: May 13, 2026                          /s/ Kimberly A. Jolson
                                             KIMBERLY A. JOLSON
                                             UNITED STATES MAGISTRATE JUDGE