**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**OH.IO VENTURES HOLDING, INC.,**

     **Plaintiff,**

     v.

**J. SETH METCALF**, *et al.*,

     **Defendants.**

                          **Case Number 2:26-cv-566**
                          **Judge Edmund A. Sargus, Jr.**
                          **Magistrate Judge Chelsey M. Vascura**

## <u>ORDER</u>

This matter is before the Court following a Local Civil Rule 65.1 conference on Plaintiff OH.io Ventures Holding, Inc.'s Motion for Temporary Restraining Order and Preliminary Injunction. (ECF Nos. 2, 8.) Counsel appeared for both parties at the Rule 65.1 conference, and both parties had a chance to be heard. (ECF No. 8.) This Order memorializes the Court's order at the Rule 65.1 conference. (*Id.*)

Counsel will meet and confer today, May 13, 2026, to draft a proposed stipulated protective order to govern the exchange of the materials at issue in the lawsuit, including, but not limited to, the recordings and transcripts discussed during the Rule 65.1 conference ("Disputed Materials"). Example protective orders are available on the Court's website at: https://www.ohsd.uscourts.gov/protective-orders. The parties shall file a motion for Court approval of the proposed stipulated protective order by **Thursday, May 14, 2026, at 12:00 p.m.**

**By May 27, 2026**, Defendants must produce all Disputed Materials to Plaintiff. If Defendants believe certain materials are not properly produceable, within those two weeks, Defendants must submit a privilege log to Plaintiff and the Court. Defendants can submit any such privilege log by email to the Court's Career Law Clerk, Lauren Hilsheimer, at

Lauren_Hilsheimer@ohsd.uscourts.gov. Defendants must also submit for in camera review to the Court any Disputed Materials Defendants believe are not properly produceable. Given the expedited nature of this matter, Defendants need not file a motion before submitting any such Disputed Materials for in camera review.

By June 3, 2026, the parties should meet and confer and file a joint status report as to whether further briefing and a hearing on Plaintiff OH.io Ventures Holding, Inc.'s Motion for Temporary Restraining Order and Preliminary Injunction remain necessary. (ECF No. 2.)

This case remains open.

**IT IS SO ORDERED.**

5/13/2026
DATE

s/Edmund A. Sargus, Jr.
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE

2