**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **OH.io Ventures Holding, Inc.,** | : | |
| | : | |
| **Plaintiff,** | : | Case No.: 2:26-cv-566 |
| | : | |
| **v.** | : | |
| | : | Judge Edmund A. Sargus, Jr. |
| **J. Seth Metcalf,** *et al.*, | : | |
| | : | Magistrate Judge Chelsey M. Vascura |
| **Defendants.** | : | |
| | : | |

**INTERIM PROTECTIVE ORDER**

On May 13, 2026, the Court held an informal preliminary conference with counsel for all parties pursuant to Local Rule 65.1, to address the relief sought in Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (the "Motion") (ECF No. 2.)  Specifically, the Court and parties discussed Plaintiff's request for an order that Defendants produce/return certain disputed materials to Plaintiff (the "Disputed Materials"), that Defendants and their counsel not review the Disputed Materials, and that Defendants delete all copies of the Disputed Materials. Plaintiffs contend some or all of the Disputed Materials may contain confidential company information and/or constitute trade secrets of Plaintiff.

On the basis of the issues discussed and agreements reached during said conference, the Court hereby ORDERS:

1.    Until Defendants have made a full production and disclosure as required by the Court's May 13, 2026 Order (ECF No. 9) and Plaintiff has had an opportunity to review the produced records and log and petition the Court for any further relief it may deem necessary,

Defendants shall keep and maintain the confidentiality of the Disputed Materials and shall neither modify nor destroy any of the Disputed Materials nor any related information, including metadata.[1]

2. Until the Court either dissolves this Interim Protective Order or enters a more comprehensive protective order, Defendants and their counsel shall not disclose any Disputed Materials to any persons other than the parties to this litigation, the parties' counsel, and the Court. Defendants and their counsel shall not use any Disputed Materials for any purpose other than this litigation, including but not limited to any business, commercial, or competitive purpose. Defendants and their counsel shall also take reasonable steps to ensure the confidentiality and security of any electronically stored information ("ESI") subject to this Order, and to ensure that such information cannot be accessed by any parties other than the parties to this action and their counsel and counsel's office staff. Notwithstanding any provisions of this Order to the contrary, this Order does not affect or restrict discovery or other proceedings in the case *Schumann, et al. v. Timashev, et al.*, Franklin County Common Pleas Case No. 26-CV-003517.

3. This Order is based on the representations and agreements of the parties and is entered for the purpose of facilitating the resolution of the issues addressed in Plaintiff's Motion. Nothing in this Order shall be construed or presented as a judicial determination that any documents or information deemed or designated as confidential by counsel or the parties is in fact subject to protection under Rule 26(c) of the Federal Rules of Civil Procedure or otherwise until such time as the Court may rule on Plaintiff's Motion. This Order shall also be subject to modification by the Court on its own motion or on motion of a party or any other person with standing concerning the subject matter.

---

[1] The Court notes that the copying or downloading of an electronic file from one environment to another may affect the file's metadata. Additions or changes to metadata naturally caused by the copying or downloading of files shall not be deemed a violation of this Order, provided that the native format(s) of all Disputed Materials is preserved and no related metadata is otherwise altered or deleted.

**SO ORDERED.**

Dated: ___5/15/2026___          s/Edmund A. Sargus, Jr.
                                U.S. District Judge/U.S. Magistrate Judge


AGREED TO**:**


*/s/  Aaron T. Brogdon* _             | */s/* Barton R. Keyes
Aaron T. Brogdon (0081858)           | Rex H. Elliott          (0054054)
Anne E. Duprey (0087798)             | Abigail F. Chin         (0097928)
Zackary L. Stillings (0098136)       | Barton R. Keyes         (0083979)
FBT GIBBONS LLP                      | Spencer J. Hattemer     (0102663)
10 West Broad Street, Suite 2300     | Cooper Elliott
Columbus, OH  43215-3467             | 305 West Nationwide Boulevard
Ph.: (614) 559-7245; Fax: (614) 464-1737 | Columbus, Ohio 43215
E-mail: abrogdon@fbtgibbons.com      | (614) 481-6000
E-mail: aduprey@fbtgibbons.com       | (614) 481-6001 Facsimile
E-mail: zstillings@fbtgibbons.com    | rexe@cooperelliott.com

Jonathan Sack (*Seeking Pro Hac Vice Admission*)
Queenie Paniagua (*Seeking Pro Hac Vice Admission*)
SACK & SACK, LLP
70 East 55th St., 10th Floor
New York, NY 10022
Ph.:  212-702-9000; Fax: 212-702-9702
E-mail: jsack@sackandsack.com
E-mail: qpaniagua@sackandsack.com

*Counsel for Plaintiff OH.io Ventures Holding, Inc.*

Right column (continued):

abbyc@cooperelliott.com
bartk@cooperelliott.com
spencerh@cooperelliott.com

Attorneys for Defendants
Kevin Colón, J. Seth Metcalf,
and Jeff Schumann

3