**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**


**OH.io VENTURES HOLDING, INC.,**
      **Plaintiff,**

    **v.**                            **Case Number 2:26-cv-566**
                                           **Judge Edmund A. Sargus, Jr.**

**J. SETH METCALF, et al.,**
          **Defendants.**

---

**TAKE NOTICE**  that a proceeding in this case has been set for the place, date and time set forth below:

Place:        Telephone Conference

TYPE OF PROCEEDING: **Telephone Conference**

**TAKE NOTICE** that a <u>Telephone Conference</u> will be held before the Honorable Edmund A. Sargus, Jr. on **May 29, 2026 at 10:00 a.m.**

**Telephone Conference Instructions:**
- The parties are directed to call **1-646-828-7666**
- Enter the meeting ID **161 760 7265** and press **#**
- It will prompt you to enter your participant ID or press #. Press **#**
- Enter the conference passcode **182928** and press **#**


                                    **EDMUND A. SARGUS, JR.**
                                    **UNITED STATES DISTRICT JUDGE**

DATE:  May 28, 2026

                                  __/s /  Christin M. Werner_____
                                  (By) Christin M. Werner, Deputy Clerk