Exhibit 2

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 80 | Date Range: 3/9/2026 - 3/10/2026 |

## Outline of Conversations

 **SLACK_0131275** · 80 messages between 3/9/2026 - 3/10/2026 · Deactivated User <deactivateduser442972-ohdotio@slack-corp.com> · Deactivated User <deactivateduser839546-ohdotio@slack-corp.com>

**Messages in chronological order** (times are shown in GMT -04:00)

**SLACK_0131275**

**Deactivated User <deactivateduser839546-ohdotio@slack-corp.com>**                                     3/9/2026, 8:11 PM
From _Argus_ 🎩 :

*What I'm Hearing*



**SLACK_0131275**

**Deactivated User <deactivateduser839546-ohdotio@slack-corp.com>**                    3/9/2026, 8:12 PM

Argus 👍 after our call trying to help us out

**Deactivated User <deactivateduser839546-ohdotio@slack-corp.com>**                    3/10/2026, 11:49 AM

<https://nzvewyildnsbiilptcxr.supabase.co/storage/v1/object/public/atlas-updates/beta/Atlas-2.9.0.dmg>

**Deactivated User <deactivateduser839546-ohdotio@slack-corp.com>**                    3/10/2026, 11:53 AM

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

**Deactivated User <deactivateduser839546-ohdotio@slack-corp.com>**                    3/10/2026, 12:05 PM

<https://zapier.com/shared/15aaafe1754c938e93ddd832e6dca46b850c497b>  Zapier: Plaud to Google Drive

**Deactivated User <deactivateduser839546-ohdotio@slack-corp.com>**                    3/10/2026, 12:09 PM

<https://zapier.com/shared/1e93e933c1fbee1a2fe2924d6fa46ad07075ff79>  Zapier: Granola to GDrive for Atlas

**Deactivated User <deactivateduser839546-ohdotio@slack-corp.com>**                    3/10/2026, 1:20 PM

When you get a chance.. click on the Logs button in the bottom left of Atlas, and then copy the logs and paste them here to Slack... I want to be sure I fix any other "silent" bugs that you had.

*Image: image.png (45 KB)*

**Deactivated User <deactivateduser442972-ohdotio@slack-corp.com>**                    3/10/2026, 2:27 PM

*Attachment: Atlas logs as of March 10 2028 2-20p.docx (34 KB)*

**Deactivated User <deactivateduser839546-ohdotio@slack-corp.com>**                    3/10/2026, 2:28 PM

ty ty

**Deactivated User <deactivateduser442972-ohdotio@slack-corp.com>**                    3/10/2026, 3:05 PM



👍 1 · Deactivated User <deactivateduser839546-ohdotio@slack-corp.com>

**Deactivated User <deactivateduser442972-ohdotio@slack-corp.com>**                    3/10/2026, 4:04 PM

**Deactivated User <deactivateduser839546-ohdotio@slack-corp.com>**   3/10/2026, 4:26 PM
lol.. did u??!

**Deactivated User <deactivateduser839546-ohdotio@slack-corp.com>**   3/10/2026, 4:26 PM
how's it feel

**Deactivated User <deactivateduser839546-ohdotio@slack-corp.com>**   3/10/2026, 4:26 PM
to lose ur argus texting virginity

**Deactivated User <deactivateduser442972-ohdotio@slack-corp.com>**   3/10/2026, 4:26 PM
I'm giddy.

**Deactivated User <deactivateduser442972-ohdotio@slack-corp.com>**   3/10/2026, 4:26 PM
And scared at the same time.

**Deactivated User <deactivateduser839546-ohdotio@slack-corp.com>**   3/10/2026, 4:26 PM
just u wait!! it gets better from here

**Deactivated User <deactivateduser839546-ohdotio@slack-corp.com>**   3/10/2026, 4:26 PM
i pushed an update that will fix a lot of the thigns u experienced

**Deactivated User <deactivateduser839546-ohdotio@slack-corp.com>**   3/10/2026, 4:27 PM
including allow u to verify ur phone again

**Deactivated User <deactivateduser839546-ohdotio@slack-corp.com>**   3/10/2026, 4:27 PM
go into settings > updates > check for update

**Deactivated User <deactivateduser442972-ohdotio@slack-corp.com>**   3/10/2026, 4:27 PM
Do I need to run an update first?

**Deactivated User <deactivateduser839546-ohdotio@slack-corp.com>**   3/10/2026, 4:27 PM
yes

**Deactivated User <deactivateduser442972-ohdotio@slack-corp.com>**   3/10/2026, 4:27 PM
OK

**Deactivated User <deactivateduser839546-ohdotio@slack-corp.com>**   3/10/2026, 4:27 PM
cuz it was broken code

**Deactivated User <deactivateduser839546-ohdotio@slack-corp.com>**   3/10/2026, 4:27 PM
settings > updates > check for update

D  **Deactivated User <deactivateduser442972-ohdotio@slack-corp.com>**          3/10/2026, 4:28 PM
I don't see the upgrade button. Do I need to "force a reload" in the menu?

D  **Deactivated User <deactivateduser839546-ohdotio@slack-corp.com>**          3/10/2026, 4:28 PM



Image: image.png (246 KB)

D  **Deactivated User <deactivateduser839546-ohdotio@slack-corp.com>**          3/10/2026, 4:28 PM
do you see this in settings .. under updates

D  **Deactivated User <deactivateduser839546-ohdotio@slack-corp.com>**          3/10/2026, 4:28 PM
at the top it probably shows you on 2.9.0

D  **Deactivated User <deactivateduser442972-ohdotio@slack-corp.com>**          3/10/2026, 4:28 PM
In settings. Got it. Thanks

D  **Deactivated User <deactivateduser839546-ohdotio@slack-corp.com>**          3/10/2026, 4:29 PM
👍

D  **Deactivated User <deactivateduser442972-ohdotio@slack-corp.com>**          3/10/2026, 4:31 PM
We need to start documenting how we're using Argus.

D  **Deactivated User <deactivateduser442972-ohdotio@slack-corp.com>**          3/10/2026, 4:32 PM
iphone is connected. Sweet mother of God.

D  **Deactivated User <deactivateduser839546-ohdotio@slack-corp.com>**          3/10/2026, 4:33 PM
Love the idea of documenting, cuz I learn new things every day!!

D  **Deactivated User <deactivateduser839546-ohdotio@slack-corp.com>**          3/10/2026, 4:38 PM
make sure you go thru all ur plauds.. and generate the summaries on the app, so they sync

D  **Deactivated User <deactivateduser839546-ohdotio@slack-corp.com>**          3/10/2026, 4:38 PM
i know it sucks, but it's the only way

D  **Deactivated User <deactivateduser839546-ohdotio@slack-corp.com>**          3/10/2026, 4:38 PM
for now

D  **Deactivated User <deactivateduser442972-ohdotio@slack-corp.com>**          3/10/2026, 4:39 PM
yep

D  **Deactivated User <deactivateduser442972-ohdotio@slack-corp.com>**          3/10/2026, 5:46 PM
Any guidance of the gemini key? Does I create a cloud project?

D  **Deactivated User <deactivateduser839546-ohdotio@slack-corp.com>**          3/10/2026, 5:46 PM
Let me link u!

D  **Deactivated User <deactivateduser839546-ohdotio@slack-corp.com>**  3/10/2026, 5:48 PM
AlzaSyAopGVx_UP5aoKKnpoujVMofa1yZLby7Zk

D  **Deactivated User <deactivateduser839546-ohdotio@slack-corp.com>**  3/10/2026, 5:48 PM
there u go, i created it for u

D  **Deactivated User <deactivateduser839546-ohdotio@slack-corp.com>**  3/10/2026, 5:50 PM
and here is your

*GEMINI API KEY*: AlzaSyAopGVx_UP5aoKKnpoujVMofa1yZLby7Zk

*BRAVE SEARCH API key*:  BSAkm9dKTVUVlx74QkRgiful3mrRJ5B

D  **Deactivated User <deactivateduser839546-ohdotio@slack-corp.com>**  3/10/2026, 6:00 PM
I can also create an Elevenlabs one for u too

D  **Deactivated User <deactivateduser839546-ohdotio@slack-corp.com>**  3/10/2026, 6:00 PM
if u want

D  **Deactivated User <deactivateduser839546-ohdotio@slack-corp.com>**  3/10/2026, 6:00 PM
or u can sign up

D  **Deactivated User <deactivateduser442972-ohdotio@slack-corp.com>**  3/10/2026, 6:00 PM
Yes please

D  **Deactivated User <deactivateduser839546-ohdotio@slack-corp.com>**  3/10/2026, 6:00 PM
up to u

D  **Deactivated User <deactivateduser839546-ohdotio@slack-corp.com>**  3/10/2026, 6:00 PM
ok i'll create

D  **Deactivated User <deactivateduser839546-ohdotio@slack-corp.com>**  3/10/2026, 6:01 PM
ElevenLabs: sk_5879b98a22eb43a19384360e9ac210c23821ab973b4d589b

D  **Deactivated User <deactivateduser839546-ohdotio@slack-corp.com>**  3/10/2026, 6:05 PM
Also before you sync all your Plaud recordings.. make sure you name the meetings on Plaud... I just realized it pulls the name from the name of the file, and currently you cannot edit it in Atlas, but i'll fix that

D  **Deactivated User <deactivateduser839546-ohdotio@slack-corp.com>**  3/10/2026, 6:05 PM
👆 🎤

D  **Deactivated User <deactivateduser839546-ohdotio@slack-corp.com>**  3/10/2026, 6:05 PM
see i name them on plaud, then generate the notes

2026-03-10 Meeting with Seth
03-10 11:52 | 9h 28m 25s

2026-03-10 Eric Fisher on Ro...
03-10 10:54 | 6m 44s
⊘ Generated

2026-03-02 13:06:53
03-02 13:06 | 32m 37s

2026-03-02 GP Budget Partner
03-02 12:06 | 1h 8s

2026-03-02 ███████
03-02 10:40 | 40m 24s

2026-03-02 Coffee with Mike ...
03-02 09:09 | 51m 37s

2026-02-27 ███████
02-27 13:07 | 48m 21s

2026-02-27 Nico
02-27 10:13 | 17m 37s

02-26 Analysis of Business St...
02-26 17:26 | 32m 50s

02-26 Strategic Planning and ...

*Image: image.png (121 KB)*

| | | |
|---|---|---|
| D | **Deactivated User <deactivateduser839546-ohdotio@slack-corp.com>** | 3/10/2026, 6:06 PM |
| | i keep the date in the front, cuz it helps it guess the correct date on the LLM side | |
| D | **Deactivated User <deactivateduser442972-ohdotio@slack-corp.com>** | 3/10/2026, 6:06 PM |
| | I need to name all of my Plaud meetings? | |
| D | **Deactivated User <deactivateduser442972-ohdotio@slack-corp.com>** | 3/10/2026, 6:06 PM |
| | I've already generated transcripts for all of them. Should I just update them in the Google Drive folder? | |
| D | **Deactivated User <deactivateduser839546-ohdotio@slack-corp.com>** | 3/10/2026, 6:07 PM |
| | let's try a test. i'm learning with u | |
| D | **Deactivated User <deactivateduser839546-ohdotio@slack-corp.com>** | 3/10/2026, 6:07 PM |
| | rename one on plaud first | |
| D | **Deactivated User <deactivateduser839546-ohdotio@slack-corp.com>** | 3/10/2026, 6:07 PM |
| | and see if that forces it to resync again | |
| D | **Deactivated User <deactivateduser839546-ohdotio@slack-corp.com>** | 3/10/2026, 6:07 PM |
| | to ur gdrive | |
| D | **Deactivated User <deactivateduser442972-ohdotio@slack-corp.com>** | 3/10/2026, 6:12 PM |
| | I this Plaud has named nearly all the transcripts automatically and uploaded them to GD (I did not name these). Does this work? Or are you still seeing an error? | |



*Image: Screenshot 2026-03-10 at 6.11.51 PM.png (574 KB)*

**Deactivated User <deactivateduser839546-ohdotio@slack-corp.com>**            3/10/2026, 6:13 PM

wow that's amazing

**Deactivated User <deactivateduser839546-ohdotio@slack-corp.com>**            3/10/2026, 6:13 PM

i'm not seeing an error

**Deactivated User <deactivateduser839546-ohdotio@slack-corp.com>**            3/10/2026, 6:13 PM

i just wasn't sure

**Deactivated User <deactivateduser839546-ohdotio@slack-corp.com>**            3/10/2026, 6:13 PM

sometimes I surprise myself

**Deactivated User <deactivateduser839546-ohdotio@slack-corp.com>**            3/10/2026, 6:13 PM

😆

👍 1 · Deactivated User <deactivateduser442972-ohdotio@slack-corp.com>