# Exhibit 3

## Short Message Report

| Conversations: 1 | Participants: 5 |
|---|---|
| Total Messages: 13 | Date Range: 3/11/2026 - 3/12/2026 |

## Outline of Conversations

 **SLACK_0175172** · 13 messages between 3/11/2026 - 3/12/2026 · Colin Page McGinnis <cmcginnis@oh.io> · Deactivated User <deactivateduser442972-ohdotio@slack-corp.com> · Deactivated User <deactivateduser839546-ohdotio@slack-corp.com> · Kaitlyn Debelak <kdebelak@oh.io> · Liam Heard <lheard@oh.io>

**Messages in chronological order** (times are shown in GMT -04:00)

---

### SLACK_0175172

Deactivated User <deactivateduser442972-ohdotio@slack-corp.com>        3/11/2026, 9:21 PM
Will we need to authorize the Granola API integration?

Deactivated User <deactivateduser839546-ohdotio@slack-corp.com>        3/11/2026, 9:29 PM
Yeah. It's super easy. It'll come out in the next update tonight.

Deactivated User <deactivateduser839546-ohdotio@slack-corp.com>        3/11/2026, 9:29 PM
Granola is simple, as long as you have Granola on your computer, (the desktop app) .. it'll work.. with 1 click

Deactivated User <deactivateduser839546-ohdotio@slack-corp.com>        3/11/2026, 9:30 PM
Plaud will log you in thru the browser once... to authenticate, and you're golden..

Deactivated User <deactivateduser442972-ohdotio@slack-corp.com>        3/11/2026, 9:30 PM
Sounds good.

Deactivated User <deactivateduser839546-ohdotio@slack-corp.com>        3/12/2026, 12:24 AM
*Atlas v2.9.2* 🚀
_58 commits · ~9,700 lines_

📅 _*Apple Calendar Integration (Kaitlyn Debelak)*_
Your personal calendar is now a first-class data source. Native EventKit sync reads every calendar you have — iCloud, Google, Exchange, subscriptions. Tag each as Work or Personal in Settings. Work events get full attendee intelligence; personal events stay private. Argus sees your full schedule on every surface — Desktop, Slack, Voice, iMessage. Multi-day events now appear on every day they span. Personal events show in daily briefs as their own section.

🥣 _*Granola API Sync   (*You need Granola Installed*)*_
Direct API replaces the Zapier folder pipeline. Imports enhanced AI panels (summaries, action items, key decisions), structured attendees with LinkedIn profiles, and computes meeting duration from Google Calendar. One-click setup, disconnect/reconnect toggle.

🎙 _*Plaud API Sync*_
Direct API replaces folder export. BrowserWindow auth — log in to Plaud web, Atlas captures the token, lasts ~300 days. Imports full transcripts with named speakers, topic/chapter outlines, AI summaries, and structured meeting minutes.

📝 _*Transcriptions Redesign*_
Cards with source color borders, topic pills, speaker counts. 5 stat cards (Hours, This Week, This Month, Top Attendee, Avg Length). Chapter navigation sidebar — click a topic, transcript scrolls there. Speaker-labeled blocks with color coding. Collapsible formatted summaries. Editable titles.

🔮 _*Improved*_ _*Unified Cross-Channel Memory*_
Every surface (Desktop, iMessage, Voice, Slack), cross-channel context injected on every turn — not just the first message. Text Argus after talking on Slack and he should know what you just discussed. Daily summary job now covers all channels. Three-layer memory: short term, medium term and long term memory.

🔮 _*Identity Suggestions*_
Viewing a profile with just a phone number or email? Atlas checks the verified Atlas network for matches and suggests the real name + company. One click to apply.

👤 _*Argus Behavior*_
• Loyalty rules enforced via sandwich pattern (top + bottom of system prompt)
• Deterministic cooldown — "stop talking to X" enforced pre-LLM, no more hallucinated compliance
• Draft safety — confirmation dialog, 30-min expiry, old drafts auto-superseded
• Phone lookup hardened with multi-source fallback
• Every message timestamped — no more confusing morning and night

🐛 _*Bug Fixes*_
• iMessage delivery to Android/RCS users
• Contacts sync scanning all AddressBook Sources (iCloud, Google, Exchange)

• iMessage toggle showing correct state
• Network graph performance (removed SVG blur filters, debounced resize, added stats bar)
• Sync cursors no longer advance on partial push failures

🤖 _Pi Voice_
Mic watchdog detects dead audio, auto-recovers via USB module reload. Autosuspend disabled at kernel level.

🖨 _Settings_
New connection cards for Apple Calendar, Granola API, and Plaud API. Sync Contacts button under iMessage. Legacy UI cleaned up.

🖤 1 • Colin Page McGinnis <cmcginnis@oh.io>

**Deactivated User <deactivateduser442972-ohdotio@slack-corp.com>**        3/12/2026, 10:18 AM
FYI, I just upgraded to v2.9.2 and needed to reconnect to Plaud. Granola appeared to have stayed connected.

**Deactivated User <deactivateduser442972-ohdotio@slack-corp.com>**        3/12/2026, 10:23 AM
Clarification / request. The Plaud transcript connection indicates the number of "recordings". Are those transcripts or recordings?



Image: Screenshot 2026-03-12 at 10.20.39 AM.png (37 KB)

**Deactivated User <deactivateduser839546-ohdotio@slack-corp.com>**        3/12/2026, 10:38 AM
Those are your lifetime plaud transcripts