

Exhibit 5

⭐ 🔒 security-committee

👤 1   🎧 ▾   🔔   ⋮   ✕

🔍 **Messages**   🗒 Add canvas   🗂 Links   🗄 Files   +

👤 **deactivateduser**  2:12 PM   📅 Tuesday, March 31st ▾

Matt, here's the summary and follow-up items for an internal call I participated in re AI policy and governance that I wanted to put on our list of things to do:

---

## Call Summary — AI Policy & Governance Working Session
**Date:** March 31 | **Participants:** Seth Metcalf, Reed Cawthon (+ Liam referenced)

This was a working session to establish guardrails around OH.io's AI tool usage as the team scales. Three main topics were addressed:

**1. AI Data & Confidentiality Policy**
The team is using LLMs across sourcing, CRM, call briefing prep, and tool-building. The core concern is what data can flow through shared AI tools — particularly around portfolio company diligence (confidential but not PII/PCI), and the longer-term vision of a governed data-sharing layer across portfolio companies. Private/isolated model instances were ruled out as cost-prohibitive (hundreds of thousands/month). The team agreed a formal written policy is needed.

**2. Organizational GitHub**
Seth already created an org GitHub. Liam is proposed as the owner/access approver. Low-urgency item — largely resolved.

**3. AI Tooling Budget**
Currently spending █████ month with Jeff accounting for a significant portion. Reed estimates his sourcing/CRM/advisor tooling runs ██████████ month. Agreed target is ████████ ████████** for Reed and Liam's API usage, separate from Jeff. Seth to look into Ramp spending limits by person/API. Claude.ai subscriptions (flat-rate) should be used where possible over API calls to manage costs.

**Bonus topic:** Reed flagged **Open Claude / Nemo** (an open-source agentic framework with enterprise controls built around it by a YC-backed company) as a potential tool for relationship management — but noted prompt injection risks that warrant vCISO review.