**EXHIBIT 7**

(Various excerpts from Defendants' Saved Transcripts)

[00:26:48] Jeff Schumann: Well, like your personal information should remain your person. I shouldn't be able to ask Argus for access to your emails. You know what I mean? Like I shouldn't be able to be like tell me, What's going on in Seth's email? And you shouldn't be able to do that for me.
[00:27:00] Seth Metcalf: There is no expectation of privacy, though, for any

DEF_056870

of this work stuff.
[00:27:03] Jeff Schumann: Well, we could make that decision for sure. I am

(DEF_056870)

this, this is actually it's the beneficial piece of AI correct Now like everything there are unintended consequences, there are negatives, there are things that people.\n\nSpeaker A: Can do bad with this and that's all there.\n\nSpeaker B: My lawyer mind is going on those.\n\nSpeaker A: But how much is discoverable?\n\nSpeaker B: Oh, all of it, dude.\n\nSpeaker A: And it's going to be worse for me because I'm going to start doing. So I was having a decent chat with like Eric and one of the things that we were talking about was it was like not a work conversation to start, just normal chat. We can he then we started then getting to a topic about office space and we talked for 20 minutes about it and in that moment he was like, you know, none of this is in Atlas now. And I was like that's so true. I didn't start my phone recording. I didn't like why would you.\n\nSpeaker B: Right.\n\nSpeaker A: It was just a casual kind of. So then he's like, you know what you really need is those devices that everyone is now talking, these AI pins that record the whole day and transcribe the important stuff for you so you don't have to be thinking

(DEF_049803)

Yeah. Even if you have the prep work, you still gotta. You're in the meeting.\n\nSpeaker A: That's actually you.\n\nSpeaker B: You gotta connect the dot.\n\nSpeaker A: That's fair. So it's a. If you can become overly reliant on it, though, like, oh, my God.\n\nSpeaker B: That I would totally rely upon that. Although my job would be bored as well.\n\nSpeaker A: And you would also.\n\nSpeaker B: I don't know.\n\nSpeaker A: I feel like you're gonna hate the discoverability of all of it.\n\nSpeaker B: Oh, my God. Oh, my God. The legal side of that is frightening. That's why. As opposed to.\n\nSpeaker A: I still take that too.\n\nSpeaker B: Yeah. Yeah. But I mean, if you're just taking a pill, there's no recommendation. ",

(DEF_049803)



[00:05:59] Jeff Schumann: And they're always like, "Oh, you and I have almost the same exact amount." It was like you're close to ten thousand. I was a little bit less than that, but enough that I was like, "It's kind of annoying," but it will get through this. And then actually while it's doing that, we could probably do a separate thing at the same time. Uh, I'm going to open up You have Plod on your computer. You have Granola and we want to get uh G Drive. Downloaded. So, The reason why is we're going to set up a Zapier zap that every time a transcript is created on PLOD and Granola, it will pull it into your G drive, which is how Alice sees it. Alice can get

DEF_056865

access to the G drive. So, this.
[00:06:48] Seth Metcalf: Is I am on a nightly sync of updating the PLOD. Is there any way to get that?

(DEF_056865)

    c.  <u>Company Systems and Policies</u>. To the extent Contractor is granted access to Company email, Slack, documents, or other systems ("**Company Systems**"), Contractor shall use such systems solely for the purpose of performing the Services; shall not access systems not explicitly authorized; shall not install unapproved software; shall not share credentials; and **acknowledges no expectation of privacy**. Upon termination, Contractor shall immediately discontinue all access and return or delete all Company data.

(DEF_002334)

DEF_005910

access or attempt to access data or systems not explicitly authorized; (b) share credentials; (c) install or use unapproved software; or (d) use Client Systems for personal, competitive, or unauthorized purposes. ▮▮▮▮ acknowledges that all communications, data, and content transmitted, stored, or created on Client Systems are Client property, and ▮▮▮▮ has no expectation of privacy in such systems.

    8.2  ▮▮▮▮ shall immediately return all Client equipment, credentials, badges, access tokens, email accounts, Slack accounts, and system access related to any Client System upon termination. Client may deactivate access at any time without notice.

(DEF_005911)



8.  Client Systems and Policies.

8.1 ▮▮▮▮, and ▮▮▮▮▮ subcontractor's may be granted access to certain Client systems, networks, communication platforms, and technology resources ("**Client Systems**"). ▮▮▮▮ shall use Client Systems solely for the purpose of performing the Services and solely in accordance with Client's written policies and instructions. ▮▮▮▮ shall not (a) access or attempt to access data or systems not explicitly authorized; (b) share credentials; (c) install or use unapproved software; or (d) use Client Systems for personal, competitive, or unauthorized purposes. ▮▮▮▮ acknowledges that all communications, data, and content transmitted, stored, or created on Client Systems are Client property, and ▮▮▮▮ has no expectation of privacy in such systems.

8.2 ▮▮▮▮ shall immediately return all Client equipment, credentials, badges, access tokens, email accounts, Slack accounts, and system access related to any Client System upon termination. Client may deactivate access at any time without notice.

6

4856-6649-6250, v. 2

DEF_008481

(DEF_008481)