UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

OH.IO VENTURES HOLDING, INC.,

       Plaintiff,

   v.                           Civil Action 2:26-cv-566
                                    Judge Edmund A. Sargus, Jr.
                                    Magistrate Judge Chelsey M. Vascura

J. SETH METCALF, *et al.*,

       Defendants.

## ORDER

This matter is before the Court Plaintiff's Motion for Leave to File Exhibits in Support of Motion for Temporary Restraining Order Under Seal ("Motion to Seal," ECF No. 25.) Therein, Plaintiff represents that the exhibits contain confidential and proprietary business information that would case competitive harm if disclosed to the public, including operational plans, business strategy, and internal security measures. (*Id.*)

Based on these representations, the undersigned concludes that Plaintiff's exhibits contain sensitive and confidential information that should be shielded from public access. Accordingly, the Motion to Seal (ECF No. 25) is **GRANTED**. Plaintiff may file **UNDER SEAL** unredacted versions of the exhibits described in its Motion to Seal. Plaintiff is **ORDERED** to file on the public docket, **WITHIN SEVEN DAYS** of making its filings under seal, redacted versions of those sealed exhibits that redact only the confidential information described in the Motion to Seal.

     **IT IS SO ORDERED.**

                                        /s/ *Chelsey M. Vascura*
                                        CHELSEY M. VASCURA
                                        UNITED STATES MAGISTRATE JUDGE