**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**


**OH.IO VENTURES HOLDING, INC.,**

     **Plaintiff,**

    **v.**                             **Civil Action 2:26-cv-566**
                                       **Judge Edmund A. Sargus, Jr.**
                                       **Magistrate Judge Chelsey M. Vascura**

**J. SETH METCALF,** *et al.*,

     **Defendants.**


**ORDER**

     This matter is before the Court Plaintiff's Motion for Leave to File Plaintiff's Objections to Defendants' Privilege Log and Motion to Declare the Attorney Client Privilege Waived Under Seal and Motion for Leave to File Plaintiff's Reply in Support Under Seal ("Motion to Seal," ECF No. 33.) Therein, Plaintiff represents that the filings in question contain information over which Defendants have asserted the attorney-client privilege, although Plaintiff challenges that assertion. (*Id.*) Plaintiff has already filed redacted versions of these filings on the public docket. (*See* ECF Nos. 23, 36.)

     Based on these representations, the undersigned concludes that Plaintiff's filings contain information that should be shielded from public access. Accordingly, the Motion to Seal (ECF No. 33) is **GRANTED**. Plaintiff may file **UNDER SEAL** unredacted versions of the filings described in its Motion to Seal.

     **IT IS SO ORDERED.**

                                        /s/ *Chelsey M. Vascura*
                                        CHELSEY M. VASCURA
                                        UNITED STATES MAGISTRATE JUDGE